Mabel Pickle, on Her Behalf and on Behalf of Her Sister Merle Watson, Respondent, v. The Sheriff of Steuben County, Defendant. Henry Pickle and Another, Appellants.† — Appeal dismissed on the authority of *People ex rel. Shane* v. *Gittens* (209 N. Y. 527) and *People ex rel. Breslin* v. *Lawrence* (107 id. 607).* All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

The People of the State of New York ex rel. Clayton L. Rowe and Another, Appellants, v. G. Arthur Rein and Another, Respondents.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Katherine Watts, Respondent, v. James T. Watts, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Jay Ball, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Frank B. Brown and Another, as Trustees, etc., of Andrew B. Brown, Deceased, and Others, Respondents, v. Edward Kener, Jr., as Trustee, etc., Respondent, Impleaded with Harriet M. S. Brown, Appellant.— Judgment and orders, so far as appealed from, affirmed, with costs. All concur, except Taylor, J., who dissents from the affirmance of the judgment and votes to reverse the judgment on the law upon the authority of *Cochrane* v. *Schell* (140 N. Y. 516). Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

The New York Central Railroad Company, Appellant, v. W. A. Sharp (First Name Unknown), Respondent.— Judgment affirmed, with costs, on the opinion of Crosby, J., delivered at Special Term. [Reported in 124 Misc. 265.] All concur, except Hubbs, P. J., who dissents and votes for reversal on the law and facts and for judgment for plaintiff upon the stipulated facts. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Ellener Scriven, Respondent, v. William A. Griffin, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Marshall J. Scarborough, Respondent, v. The A. & P. Products Corporation, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Rose M. Koch, Respondent, v. Louis P. Koch and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

Amielia Rarogiewicz, Respondent, v. The Brotherhood of American Yeomen, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.